**Order entered July 14, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01438-CR

**CHRISTOPHER HOWARD BEACHUM, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. F13-55206-W**

## ORDER

Appellant's June 30, 2016 motion to supplement the reporter's record is **GRANTED**.

We **ORDER** Official Court Reporter Darline King Labar to file, within **THIRTY** days of the date of this order, a supplemental reporter's record that will include color copies of State's Exhibits 202 and 203 and Defense Exhibits 180 through 197. In the event Labar cannot reproduce color copies of the requested exhibits, she is **ORDERED** to include the original exhibits in the supplemental record.

We **DIRECT** the Clerk of the Court to send a copy of this order by electronic transmission to Official Court Reporter Darline King Labar and to counsel for the parties.

/s/    LANA MYERS
        JUSTICE